UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DUREY DAMION HOUSEN,                          :
                                                                          :        **24 Civ. 5718 (JHR) (GS)**
                                      Plaintiff,           :
                                                                          :        **ORDER**
                         - against -                      :
                                                                          :
EQUIFAX INC. and JOHN W. GAMBLE,    :
C.F.O.,                                                      :
                                                                          :
                                      Defendants.     :
-------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

Under Federal Rule of Civil Procedure 6(b), the Court may extend a party's

time to make a filing where good cause is shown for such a request.  Here, the

docket reflects that Equifax Inc.'s ("Equifax") response to Plaintiff's Complaint was

due on September 11, 2024.  (Dkt. No. 7).  Equifax made its request for an extension

prior to that deadline, and represented that it was seeking such an extension, in

part, to try and resolve this matter.  (Dkt. No. 10).  Thus, the Court extended

Equifax's time to answer upon such a showing of good cause.  Therefore, Equifax is

not in default in this matter.

Furthermore, to the extent that Plaintiff's motion for default judgment is

brought against Defendant John W. Gamble, the docket does not reflect that Mr.

Gamble has been properly served in this matter (*See* Dkt. No. 7 (proof of service on

Equifax only)).  "Default judgment cannot . . . be entered against a defendant who

was not properly served and over whom, therefore, the Court lacks personal

jurisdiction." *Vargas v. Dipilato*, No. 21 Civ. 3884 (ER), 2023 WL 6122937, at \*2 (S.D.N.Y. Sept. 18, 2023).

For the foregoing reasons, Plaintiff's motion for default judgment is **DENIED.** Plaintiff is reminded that, in the future, he may also make timely requests for extensions of time if needed, and that such requests will not put him in default.

The Clerk of Court is respectfully directed to close Docket Number 12.

**SO ORDERED.**

DATED:     New York, New York
           September 13, 2024

_____
GARY STEIN
United States Magistrate Judge