UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DUREY DAMION HOUSEN,

                Plaintiff,

    -against-

EQUIFAX, INC. and JOHN W. GAMBLE,

               Defendants.
------------------------------------------------------------------X

24 Civ. No. 5718 (JHR) (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

    This action is scheduled for a Video Status Conference on **Thursday, February 27, 2025 at 10:00 a.m.** The parties are directed to submit a joint status letter by Tuesday, February 25, 2025, no longer than three pages, advising the court as to the status of this matter. The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [221 614 156 877]  Passcode: [Ss3U2kc9]**

    SO ORDERED.

DATED:    New York, New York
               January 23, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge