**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DUREY DAMION HOUSEN,

                     Plaintiff,

           -against-

EQUIFAX, INC. and JOHN W. GAMBLE,

                   Defendants.
-------------------------------------------------------------------X

**24 Civ. No. 5718 (JHR) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court held a Video Status Conference on Thursday, February 27, 2025 at 10:00 a.m. Adam Hill appeared on behalf of Defendant Equifax. Plaintiff Durey Damion Housen, proceeding *pro se*, failed to appear. During the conference, the Court addressed Defendant's pending Motion for Judgment on the Pleadings filed on February 21, 2025. (Dkt. Nos. 25–26).

Plaintiff is hereby notified that, through its Motion for Judgment on the Pleadings, Defendant seeks dismissal of Plaintiff's Complaint with prejudice. Plaintiff may respond to the Motion in one of two ways: (1) he may file a brief in opposition to Defendant's Motion; or (2) he may file an Amended Complaint that seeks to cure the deficiencies alleged in Defendant's Motion. If Plaintiff files neither an opposition brief nor an Amended Complaint by the deadline set forth below, the Court will treat Defendant's Motion for Judgment on the Pleadings as unopposed.

As stated on the record at the conference, the Court sets the following schedule with respect to Defendant's Motion:

- **By no later than Friday, April 11, 2025,** Plaintiff must file either an **opposition brief**, no longer than 25 pages, opposing Defendant's Motion for Judgment on the

Pleadings (Dkt. Nos. 25–26) <u>or</u> **an Amended Complaint** that attempts to cure the deficiencies alleged in Defendant's Motion.

- Should Plaintiff file an opposition brief, Defendant's reply, if any, is due by Friday, May 2, 2025.

The Court further notes that there is no indication on the docket that Defendant provided Plaintiff with copies of unpublished cases cited in its Memorandum of Law (Dkt. No. 26), as required by Local Civil Rule 7.2.  Defendant shall provide Plaintiff with copies of such unpublished cases as soon as possible but by no later than Monday, March 3, 2025, and shall file proof of service on the docket.

All discovery deadlines are stayed pending resolution of Defendant's Motion for Judgement on the Pleadings.

**SO ORDERED.**

DATED:   New York, New York
         February 27, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge