UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
DUREY DAMION HOUSEN,

             Plaintiff,

  -against-

EQUIFAX INC. and JOHN W. GAMBLE JR C.F.O,

             Defendants.

------------------------------------------------------- X

**MEMO ENDORSED**

Case No. 1:24-cv-05718-JHR-GS

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant Equifax Information Services, LLC ("Equifax"), incorrectly identified as Equifax Inc., by and through the undersigned, pursuant to Fed. R. Civ. P. 12(c), respectfully requests this court enter judgment on the pleadings in its favor and to dismiss Plaintiff's Durey Damion Housen ("Plaintiff") Complaint.

As further argued in Equifax's memorandum, filed contemporaneously herewith, Equifax's motion should be granted for the following reasons:

    1.    Plaintiff's Complaint fails to plead a short and plain statement showing that he is entitled to relief as he does not allege any inaccuracy, a required element of an FCRA claim;

    2.    the Complaint should be dismissed with prejudice and without leave to amend because amendment would be futile, as Plaintiff cannot allege any set of facts to establish an actionable claim under the FCRA.

The undersigned has issued a Report and Recommendation ("R&R") recommending that the Court grant Plaintiff's voluntary motion to dismiss this action at Dkt. No. 32. (Dkt. No. 36). Should the Honorable Jennifer H. Rearden adopt this recommendation, Defendant Equifax's motion for judgment on the pleadings at Dkt. No. 25 would be deemed moot. Accordingly, and because there have been no objections to the R&R, the pending motion for judgment on the pleadings at Dkt. No. 25 is hereby stayed until a final determination is made regarding Plaintiff's pending motion to voluntarily dismiss. The Clerk of Court is respectfully recommended to stay the pending motion at Dkt. No. 25.

Date:   September 30, 2025
           New York, NY

**SO ORDERED:**

*/s/ Gary Stein*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

316268091v.1

2

Dated: February 21, 2025     Respectfully submitted,

    SEYFARTH SHAW LLP


    By: */s/ Adam T. Hill*
        Adam T. Hill
        ahill@seyfarth.com
        233 South Wacker Drive
        Suite 8000
        Chicago, Illinois  60606-6448
        Telephone:  (312) 460-5000
        Facsimile:  (312) 460-7000

    *Counsel for Defendant*
    *Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2025, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

        */s/ Adam T. Hill*
        Adam T. Hill
        *Counsel for Defendant*
        *Equifax Information Services LLC*